FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT  N.Y.

★ MAR 02 2012

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

DANIEL GAFFNEY,

                                              Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, JAMES PISCOPO, LLOYD
GREGORY, LT. HOTALING AND JOHN AND JANE
DOE 1 THROUGH 10, individually and in their official
capacities (the names John and Jane Doe being fictitious, as
the true names are presently unknown),

                                              Defendants.

------------------------------------------------------------------ x

**JUDGMENT PURSUANT TO RULE 50 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

10 CV 1192 (SLT)(RER)

      WHEREAS, a jury was sworn on January 30, 2012 and trial commenced and continued until January 31, 2012, at which time Plaintiff rested; and

      WHEREAS, at the close of plaintiff's case, Defendants made a Motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure, and this Court having heard all evidence presented by plaintiff, it is hereby

      ORDERED, pursuant to Federal Rule of Civil Procedure 50, all of Plaintiff's claims against Defendant Officers Lloyd Gregory and James Piscopo are hereby dismissed with prejudice, and it is further

      ORDERED, pursuant to Federal Rule of Civil Procedure 50, Plaintiff's <u>Monell</u> claim against the City of New York is hereby dismissed with prejudice.

Dated: March /, 2012

                                                       SO ORDERED

                                                       s SLT
                                                  SANDRA L. TOWNES, U.S.D.J.
                                                 UNITED STATES DISTRICT COURT