UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

DANIEL GAFFNEY,

                                                  Plaintiffs,

                   -against-                            **NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFF**

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, JAMES PISCOPO, LLOYD
GREGORY, LT. HOTALING AND JOHN AND JANE DOE     10 CV 1192 (SLT) (RER)
1 THROUGH 10, individually and in their official capacities
(the names John and Jane Doe being fictitious, as the true
names are presently unknown),

                                                  Defendants.
---------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that, upon defendants' Bill of Costs, the Declaration of David M. Pollack dated March 8, 2012, and the exhibits annexed thereto, and all other pleadings and proceedings herein, defendants will move this Court before the Judgment Clerk, at the United States Courthouse, for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York on Friday, March 19, 2012 at 10:00 A.M. or as soon thereafter as counsel may be heard for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure and 28 U.S.C. §§1921 and 1920 granting fees and costs sought by defendants and granting such other relief that this Court deems proper.

Date:   New York, New York
          March 8, 2012

                                                  **MICHAEL A. CARDOZO**
                                                  Corporation Counsel of the City of New York
                                                  Attorney for Defendants
                                                  100 Church Street
                                                  New York, New York 10007
                                                  (212) 788-1894
                                                  dpollack@law.nyc.gov

                                       By:    _____
                                                  David M. Pollack
                                                  Assistant Corporation Counsel
                                                  Special Federal Litigation Division

To.  **Lonny Levitz, Esq.**
Kuharski, Levitz & Giovinazzo, Esqs.
Attorney for the Plaintiff
176 Hart Boulevard
Staten Island, New York  10301


Mr. Daniel Gaffney
629 Oakland Avenue
Staten Island, New York  10310